Cite as 2020 Ark. 221

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ISSUANCE OF BAR-MEMBERSHIP CARDS AND PAYMENT OF FEES FOR CERTIFICATES OF GOOD STANDING | Opinion Delivered May 28, 2020 |

## PER CURIAM

In response to requests from members of the bar for bar-membership cards, the court is pleased to announce that it will begin a bar-membership-card program on August 1, 2020. The program is strictly voluntary. Attorneys in good standing may request a bar-membership card in person at the clerk's office and pay a $35 fee. The request must be made in person so that a photograph may be taken and placed on the card. The cards will expire annually.

Today, the court also announces that starting August 1, 2020, it will require the payment of a $25 fee for the issuance of certificates of good standing. Attorneys requesting a certificate of good standing should complete and return to the clerk's office a certificate-of-good-standing request form along with the $25 fee, and we anticipate that attorneys will have the option of submitting the form and fee online at the Arkansas Judiciary website.

The bar-membership-card fees and the certificate-of-good-standing fees will be deposited in the Bar of Arkansas account.